UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                              Case No. 21-30590

            Plaintiff,                        Judge:   Unassigned

v.

MICHAEL PACTELES,
            Defendant.
_____/

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as Counsel of record MICHAEL PACTELES.  I certify that I am admitted to practice before this Court.

                                        Respectfully Submitted,
                                        FEDERAL COMMUNITY DEFENDER

                                        s/David C. Tholen
                                        Attorney for Defendant
                                        613 Abbott Street, 5th Floor
                                        Detroit, Michigan   48226
                                        david_tholen@fd.org
                                        (313) 967-5542

Date: December 20, 2021