PS8
(8/88)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. **Michael Pacteles**            Docket No. 21-30590

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Michael Portelli, Pretrial Services Officer, presenting an official report on defendant Michael Pacteles, who was placed under pretrial release supervision on a $10,000.00 unsecured bond by Your Honor, sitting in the court at the Eastern District of Michigan, on December 17, 2021, under the following conditions: report as directed to Pretrial Services; do not possess a firearm, destructive device, or other dangerous weapon; remove firearm from the residence by December 20, 2021, and provide written verification to Pretrial Services; no contact with confidential source identified by the U.S. Attorney's Office; and surrender Concealed Pistol License to Pretrial Services by December 20, 2021, at 4:00 PM

**Respectfully presenting petition for action of court and for cause as follows**:

On January 11, 2022, Pretrial Services had a conversation with the defendant about how he has been adjusting since his placement on pretrial release. The defendant reported experiencing significant stress from the pending federal case. Pretrial Services believes the defendant could benefit from mental health treatment and the defendant is receptive towards receiving treatment.

Pretrial Services notified Assistant U.S. Attorney Steve Cares and defense counsel David Tholen of the proposed bond amendment listed below. Neither objected.

**PRAYING THAT THE COURT WILL AMEND THE ORDER SETTING CONDITIONS OF RELEASE TO INCLUDE THE FOLLOWING CONDITION: PARTICIPATE IN A MENTAL HEALTH ASSESSMENT/MENTAL HEALTH TREATMENT AS DIRECTED BY PRETRIAL SERVICES.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 12th day of January, 20 22 and ordered filed and made a part of the records in the above case.<br><br>*Elizabeth A. Stafford*<br>United States Magistrate Judge<br>Elizabeth A. Stafford | Executed on January 12, 2022<br><br>s/Michael Portelli<br>U.S. Pretrial Services Officer<br><br>Place: Detroit, Michigan<br>Date: January 12, 2022 |